IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMIE L. DAVIS                                                     PLAINTIFF

v.                     Civil No. 04-6103

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                 DEFENDANT

## **JUDGMENT**

On this 5th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Padgham, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,687.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                      /s/ Bobby E. Shepherd
                                                                      HONORABLE BOBBY E. SHEPHERD
                                                                      UNITED STATES MAGISTRATE JUDGE